IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA LIKELY, on behalf of her minor son T.R.J., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:11-cv-358-TMH |
| MT. MEIGS DYS, *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED as follows:

1. the Recommendation (Doc. #5) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claims against the Mt. Meigs DYS/Mt. Meigs Complex are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. the Mt. Meigs DYS/Mt. Meigs Complex is DISMISSED from this cause of action;

4. this case, with respect to the allegations set forth against the remaining

individual defendants, is referred back to the Magistrate Judge for appropriate proceedings.

Done this 9th day of June, 2011.

                                          <u>/s/ Truman M. Hobbs</u>

                                          UNITED STATES DISTRICT JUDGE