IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA LIKELY, on behalf of her minor son T.R.J., ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CASE NO. 2:11cv358-WHA |
| BETTY STRUZICK, et al., ) ) | (WO) |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #25), entered on August 14, 2014. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Defendants' Motion for Summary Judgment is GRANTED.

2. Judgment is GRANTED in favor of the Defendants.

3. This case is DISMISSED with prejudice.

4. Each party shall bear their own costs.

DONE this 4th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE