IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA LIKELY, on behalf of her minor son T.R.J., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BETTY STRUZICK, et al., )<br>)<br>Defendants. ) | CASE NO. 2:11cv358-WHA<br><br>(WO) |

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Angela Likely, on behalf of her minor son, T.R.J., and this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 4th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE